UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LYNN JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SAMANTHA P. JESSNER, et al.,<br><br>　　　　　Respondents. | Case No. 2:24-cv-08223-TJH-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice to any relief that may be available to Petitioner in state court.

DATED: November 7, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE TERRY J. HATTER JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE